UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 07-60089-ZLOCH/Snow

GINO MULLER,

    Plaintiff,

v.

AM BROADBAND, LLC, a
Florida Limited Liability Corporation
d/b/a/ NEX-LINK

    Defendant.
_____/

## DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT

Defendant, AM Broadband, LLC, by and through its undersigned counsel, hereby replies to Plaintiff's Response Memorandum of Law In Opposition To Defendant's Dispositive Motion for Summary Judgment and states:

1. Assuming, *arguendo*, that the facts stated in Plaintiff's Statement Of Disputed/Supplemental Facts In Opposition to Defendant's Motion For Summary Judgment are true[1], Defendant is nevertheless entitled to summary judgment.

2. Plaintiff does not, and cannot, contest the fact that he ran Yako's Corporation, while he was allegedly employed by Defendant, as a legitimate business entity, taking

---

[1] Plaintiff's Response and Statement of Disputed/Supplemental Facts are supported by the Declaration of Gino Muller. Defendant has moved to strike this declaration as it fails to comply with Rule 56(e), Local Rule 7.5 and 28 U.S.C. §1746.

numerous tax deductions and benefitting from such operation. In Plaintiff's Response he alleges Defendant attempts to mislead this Court by alleging Yako's 2006 income tax deductions were related to Yako's work with Defendant. However, it was Plaintiff himself who stated in his deposition that all the income reported in his 2006 income tax returns was from work performed by Yako's for Defendant. See Plaintiff's Deposition, Pages 42-45. Immediately after Defendant ceased awarding Yako's any work, Plaintiff began working for Vozzcom, Inc., as an employee. See Plaintiff's Deposition, pages 7, 42-45. Therefore, Plaintiff is mistaken in his assertion that Defendant attempted to mislead the Court.

3. Plaintiff states he was completely dependent on Defendant for his earnings. Plaintiff's Response at pg. 12. Plaintiff states he worked six to seven days per week and approximately twelve to fourteen hours per day, therefore making it impossible for him to work for anyone else. However, that Plaintiff *chose* to perform work exclusively for Defendant (through Yako's) is not relevant. Rather, it is the fact that Plaintiff *could* have maximized his profits by hiring other employees or performing work for other entities. That Plaintiff **chose** not to do so does not render him under Defendant's control. See case law cited in Defendant' Motion For Summary Judgment.

Wherefore, for the reasons stated in Defendant's Motion For Summary Judgment, supporting affidavits and this Reply, Defendant respectfully requests summary judgment be granted in its favor.

Respectfully submitted,

By: s:/Blanca R. Sordo
Blanca R. Sordo
FBN 0196037

Law Offices of Goldstein & Sordo
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Tel:   (305) 670-1222
Fax:   (305) 670-7065

I HEREBY CERTIFY that on the 11th day of February, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:s:/Blanca R. Sordo
FBN 0196037

Blanca R. Sordo
FBN 0196037
Law Offices of Goldstein & Sordo
9350 South Dixie Highway
Tenth Floor
Miami, Florida 33156
Tel (305) 670-1222
Fax (305) 670-7065
E-mail Bsordo@goldsteinsordo.com

SERVICE LIST
Gino Muller v. AM Broadband, LLC
Case No. 07-60089-CIV-ZLOCH/SNOW
United States District Court, Southern District of Florida

Kelly Amritt, Esq.
Kelly@cellerlegal.com
Morgan & Morgan
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel:	(954) 318-0268
Fax:	(954) 333-3515
Attorney for Plaintiff Gino Muller
CM/ECF